## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD CAMP, et al.**, | **CIVIL ACTION** |
| Plaintiffs, | |
| *v.* | **NO. 25-3384-KSM** |
| **STATE FARM FIRE & CASUALTY CO.**, | |
| Defendant. | |

## <u>ORDER</u>

**AND NOW**, this 11th day of September, 2025, upon consideration of Defendant's

Motion to Dismiss The Complaint in Part Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 14) and

Plaintiffs' response in opposition (Doc. No. 15), it is **ORDERED** as follows:

1. Defendant's motion (Doc. No. 14) is **GRANTED**, and Count II of the Complaint

is **DISMISSED without prejudice**.

2. The Court will grant Plaintiffs leave to amend their Complaint.  Plaintiff may file

an amended complaint **no later than September 19, 2025**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.